# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE ANN RUSSELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA; DR. LAURA MILLER MD, DR. STACEY CHARAT MD.; DR. ALLYSON DAVIS MD; OTHER INDIVIDUALS,<br><br>Defendants. | Case No. 21-cv-1029-DMS (LL)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL** |

Pending before the Court is Plaintiff's motion for appointment of counsel. The Court denies the motion for the following reasons. In general, there is no constitutional right to counsel in a civil case. *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009) (citing *Storseth v. Spellman*, 654 F.2d 1349, 1353 (9th Cir. 1981)). In "exceptional circumstances," however, a court may exercise its discretion and "request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1); *Palmer*, 560 F.3d at 970. The court must consider both "'the likelihood of success on the merits as well as the ability of the [Plaintiff] to articulate [her] claims *pro se* in light of the complexity of the legal issues involved.'" *Palmer*,

560 F.3d at 970 (quoting *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983)). At this point, there are no exceptional circumstances warranting appointment of counsel. Accordingly, the Court denies Plaintiff's motion without prejudice.

**IT IS SO ORDERED.**

Dated: June 28, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court