UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE ANN RUSSELL,<br><br>            Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>            Defendants. | Case No.: 21cv1029-LL-MDD<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT VIDEOCONFERENCE**<br><br>[ECF No. 21] |

On February 24, 2022, *pro se* Plaintiff Christine Ann Russell and Defendant The United States of America jointly moved to continue the Early Neutral Evaluation and Case Management Videoconference by sixty days. (ECF No. 21). In support, the parties explain that Plaintiff has upcoming medical appointments and a surgery preventing her from participating in the case. (*Id*. at 2). Also, Plaintiff is attempting to retain counsel. (*Id*.). Although Early Neutral Evaluation and Case Management Conferences ordinarily must be held within forty-five days of an answer being filed, the Court finds good cause to continue the Early Neutral Evaluation and Case Management Conference beyond that deadline. *See* Civ. L.R. 16.1.

Accordingly, the Court **CONTINUES** the Early Neutral Evaluation and Case Management Videoconference to **May 16, 2022 at 9:30 a.m.** Confidential Early Neutral Evaluation briefs, a joint discovery plan, and a list of the role, title, and email address of each participant to the Zoom videoconference must be emailed to efile_dembin@casd.uscourts.gov on or before **May 9, 2022**.

    **IT IS SO ORDERED**.

Dated:   February 25, 2022

_Mitchell D. Dembin_
Hon. Mitchell D. Dembin
United States Magistrate Judge