

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christine Ann Russell, an individual<br><br>                                                    **Plaintiff,**<br><br>                          V.<br><br>The United States of America;  Dr. Laura Miller MD; Dr. Stacey Charat MD. ; Dr. Allyson Davis MD ; Other Individuals<br><br>                                                    **Defendant.** | Civil Action No.  21-cv-01029-LL-MDD<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Because Plaintiff failed to comply with the Court's February 28, 2023 order and previous orders, the Court finds it appropriate to DISMISS the case WITH PREJUDICE for lack of prosecution and failure to comply with the Court's orders pursuant to Federal Rule of Civil Procedure 41(b) and the Court's inherent power to control its docket. Case is closed.

| | |
|---|---|
| **Date:**           4/12/23 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/  D.Frank<br>                                              D.Frank, Deputy |